UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RAE VARAO,<br><br>                    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,I, Acting Comm'r of Social Security,<br><br>                    Defendant. | Case No.: 17CV2463-LAB (JLB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND**<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff Stephanie Varao took appealed the denial of social security disability benefits. As provided by 28 U.S.C. § 636(b), the case was referred to Magistrate Judge Jill Burkhardt for report and recommendation.

    Judge Burkhardt granted Varao's motion to proceed *in forma pauperis* ("IFP"), then conducted the mandatory screening required by 28 U.S.C. § 1915(e). In her report and recommendation (the "R&R"), Judge Burkhardt noted that the complaint did not meet the standard set forth in Fed. R. Civ. P. 8 and discussed in *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The R&R recommended dismissal of the complaint without prejudice.

    Varao then filed a document styled as her objections to the R&R. A district court has jurisdiction to review a Magistrate Judge's report and recommendation

on dispositive matters. Fed. R. Civ. P. 72(b). The Court may accept, reject, or modify, in whole or in part, the R & R's findings or recommendations. 28 U.S.C. § 636(b)(1). The Court reviews de novo those portions of the R & R to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003) (en banc).

Varao's "objections" in fact agree with everything in the R&R, and attach a proposed amended complaint which she believes cure the defects the R&R identified. Because Varao agrees the original complaint is subject to dismissal, the Court **OVERRULES** her objections, **ADOPTS** the R&R, and **DISMISSES THE COMPLAINT** without prejudice. Varao shall file her proposed amended complaint promptly — and in any event, within 14 calendar days of the date this order is issued. Judge Burkhardt should screen the amended complaint and, if appropriate, order it served.

**IT IS SO ORDERED**.

Dated: January 4, 2018

Hon. Larry Alan Burns
United States District Judge