# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RAE VARAO, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>ANDREW SAUL, <br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No.: 3:17-cv-02463-LAB-RNB <br><br>ORDER ON MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

Plaintiff's motion (Docket no. 33) for attorney fees pursuant to 42 U.S.C. § 406(b). The Court awards Cyrus Safa attorney fees in the amount of $15,000.00. The Court orders Cyrus Safa to reimburse Stephanie Rae Varao the amount of $3,384.69 for EAJA fees previously paid by the Commissioner.

**IT IS SO ORDERED**.

DATE:  September 23, 2020

_____
Hon. Larry A. Burns
Chief United States District Judge